UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE

| | |
|---|---|
| MIKHAEL CHARLES DORISE, | |
| Petitioner, | Civil Action No. 11-42-KKC |
| v. | |
| D. BERKEBILE, | **JUDGMENT** |
| Respondent. | |

**** **** **** ****

Consistent with the Memorandum Opinion and Order entered today, pursuant to Rule 58 of the Federal Rules of Civil Procedure it is **ORDERED AND ADJUDGED** that:

1. The petition filed pursuant to 28 U.S.C. § 2241 by Mikhael Charles Dorise against D. Berkebile as Respondent [R. 2] is **DENIED**, and Judgment is **ENTERED** in favor of the Respondent.

This the 29th day of April, 2011.



Signed By:
*Karen K. Caldwell* KKC
United States District Judge